UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TODD and SARAH HALL,
individuals,                              Case No.: 8:19-cv-2459-CEH-JSS

    Plaintiffs,
v.

SANTANDER CONSUMER USA, INC.,
a foreign for-profit corporation,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**COMES NOW**, Plaintiffs, Todd and Sarah Hall, (hereinafter, "Plaintiffs"), by and through the undersigned counsel and pursuant to Local Rule 3.08, Middle District of Florida, and hereby submit this *Notice of Pending Settlement,* and state:

1. Plaintiffs and Defendant, SANTANDER CONSUMER USA, INC. reached a confidential settlement regarding all claims in this case, and the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

2. Upon execution of a mutually-agreeable settlement agreement and release -- and compliance with its terms -- undersigned counsel will execute and file a Joint Stipulation for Dismissal with Prejudice.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with counsel for Defendant, and Defendant does not oppose the relief sought herein.

   Dated:  September 23, 2020

                                               Respectfully submitted,

                                               L<small>EAVEN</small>L<small>AW</small>

/s/ *Ian R. Leavengood*
**Ian R. Leavengood, Esq., FBN 0010167**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax:    (727) 327-3305
consumerservice@leavenlaw.com

~and~

**Eva M. Donohue, Esq., FBN 576581**
**EVA M. DONOHUE, P.A.**
P.O. Box 5074
Lakeland, FL 33807
Phone: (863) 687-6400
Fax: (863) 687-6440
info@emdlawfirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 23, 2020, a true and correct copy of the above and foregoing *Notice of Pending Settlement* was electronically filed via CM/ECF which will electronically serve the following counsel of record:

R. Frank Springfield, Esq.
Burr & Forman LLP
201 North Franklin Street, Suite 3200
Tampa, Florida  33602
fspringfield@burr.com
flservice@burr.com
scarroll@burr.com
sfoshee@burr.com
*Attorney for Defendant, Santander Consumer USA Inc.*

/s/  *Ian R. Leavengood*
Attorney

2